**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
4605 Lankershim Blvd. Ste 535
Toluca Lake, CA 91602
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com
Attorneys for Plaintiff
VUONG NGUYEN,

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VUONG NGUYEN,<br><br>         Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SERVICES, INC.,<br><br>         Defendant(s), | Case No.: 8:23-cv-01248-CJC-KES<br><br>**NOTICE OF SETTLEMENT** |

## **NOTICE OF SETTLEMENT**

NOW COMES Plaintiff, VUONG NGUYEN, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settle the instant matter. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously as possible

and Plaintiff anticipates filing a Fed. R. Civ. P. 41 stipulation to dismiss, with prejudice, within sixty (60) days.

|  |  |
|---|---|
|  | RESPECTFULLY SUBMITTED, |
| Dated: August 23, 2023 | **MARTIN & BONTRAGER, APC** |
|  | By: /s/ G. Thomas Martin, III |
|  | G. Thomas Martin, III<br>*Attorney for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of August, 2023, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Notice of Settlement has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III, Esq.